Opinion by Wilson, J.  In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C. C. P. A. 72, C. A. D. 676), the claim of the plaintiffs was sustained.

**No. 62462.**—Quon Quon Company and Dave Warsaw v. United States, protests 58/3342 and 58/5235 (Los Angeles).

Opinion by Wilson, J.  In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C. C. P. A. 72, C. A. D. 676), the claim of the plaintiffs was sustained.

Before the Third Division, November 24, 1958

**No. 62463.**—B. Spiliadis & Company et al. v. United States, protests 172088–K, etc. (New York).

Opinion by Donlon, J.  In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiffs was sustained.

**No. 62464.**—Roger L. Stevens v. United States, protest 324198–K (New York).

Opinion by Donlon, J.  An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 62465.**—Trans World Shipping Corp. v. United States, protests 324527–K, etc. (New York).

Opinion by Donlon, J.  The protests were dismissed for lack of prosecution.

**No. 62466.**—H. W. Ebert Co. v. United States, protest 326889–K (New York).

Opinion by Donlon, J.  The protest was dismissed for lack of prosecution.

**No. 62467.**—J. J. Boll v. United States, protest 326907–K (New York).

Opinion by Donlon, J.  The protest was dismissed for lack of prosecution.